IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT JOSEPH THOMASTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:05-CV-0040-T |
| ) | WO |
| SHERIFF SID LOCKHART, et al., ) | |
| ) | |
| Defendants. ) | |

**OPINION**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on April 21, 2005, (Doc. 14), that this case be dismissed without prejudice for Plaintiff's abandonment of his claims, his failure to comply with the orders of this court, and his failure to prosecute this cause of action.

After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 17th day of May, 2005.

                                                    /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE