IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT JOSEPH THOMASTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:05-CV-0040-T |
| ) | WO |
| SHERIFF SID LOCKHART, et al., ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The recommendation of the United States Magistrate Judge entered on April 21, 2005 (Doc. 14), is adopted.

(2) This case be and is hereby DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 17th day of May, 2005.

　　　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE